# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Bankruptcy No. 18-20017-GLT |
| ) | |
| CYRILLA, MICHAEL C. ) | |
| ) | Adversary No. 20-02045-GLT |
| **Debtor** ) | |
| ) | Chapter 7 |
| ROSEMARY C. CRAWFORD, Trustee ) | |
| for the Bankruptcy Estate of ) | Related Adversary Doc. No. |
| CYRILLA, MICHAEL C. ) | |
| ) | Hearing Date: 8/20/20 @ 10:30 am |
| **Plaintiff,** ) | |
| vs. ) | |
| ) | |
| MICHAEL C. CYRILLA; ) | |
| DENINE CYRILLA; ) | |
| Joseph Eritano and Pamela Eritano, husband ) | |
| and wife; ) | |
| McClymonds Supply & Transit Company, Inc. ) | |
| Internal Revenue Service; ) | |
| Commonwealth of Pennsylvania, Department of ) | |
| Revenue; County of Allegheny; ) | |
| Moon Township; Moon Area School District. ) | |
| ) | |
| **Defendants.** ) | |

## AMENDED CONSENT MOTION ON SALE OF REAL ESTATE

AND NOW, comes the Trustee, Rosemary C. Crawford, by and through her counsel, Crawford Mc Donald, LLC, and files this Amended Consent Motion on Sale of Real Estate as follows:

1. Paul Schreiber and Lora Schreiber, husband and wife, were the successful bidders of the commercial real estate located at located at 519 Thorn Run Road, Coraopolis, PA 15108, Block Lot No. 505-S-023 (the "Real Estate") and the Additional Property as defined by the Amended Complaint at Adversary Docket No. 5.

1

2. The closing on the Real Estate occurred on July 1, 2020.

3. The parties escrowed $7,200.00 credit towards the purchase price of the Real Estate and Additional Property in order to resolve all issues concerning a lift and other issues. While the Trustee disputes the allegations, this credit is reasonable. It is clear that the buyer was unclear about the lift and the Trustee believes that it is equitable.

4. This Amended Consent Motion is in the best interest of the estate because it resolves all pending issues raised by the buyers.

WHEREFORE, the Trustee prays that this Honorable Court enter an Order providing Paul Schreiber a $7,200.00 credit towards the purchase price of the Real Estate and Additional Property.

Respectfully submitted,

/s/ Rosemary C. Crawford
Rosemary C. Crawford, Esq., Trustee
Crawford McDonald, LLC.
P.O. Box 355
Allison Park, PA 15101
Pa. I.D. No. 56981
(724) 443-4757
crawfordmcdonald@aol.com

Dated: July 14, 2020