# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Bankruptcy No.  18-20017-GLT |
| ) | |
| CYRILLA, MICHAEL C. ) | |
| ) | Adversary No. 20-02045-GLT |
| **Debtor** ) | |
| ) | Chapter 7 |
| ROSEMARY C. CRAWFORD, Trustee ) | |
| for the Bankruptcy Estate of ) | Related Adversary Doc. Nos. 5, 22 |
| CYRILLA, MICHAEL C. ) | |
| ) | Hearing Date: N/A |
| **Plaintiff,** ) | |
| vs. ) | |
| ) | |
| MICHAEL C. CYRILLA; ) | |
| DENINE CYRILLA; ) | |
| Joseph Eritano and Pamela Eritano, husband ) | |
| and wife; ) | |
| McClymonds Supply & Transit Company, Inc. ) | |
| Internal Revenue Service; ) | |
| Commonwealth of Pennsylvania, Department of ) | |
| Revenue; County of Allegheny; ) | |
| Moon Township; Moon Area School District. ) | |
| ) | |
| **Defendants.** ) | |

## TRUSTEE'S REPORT OF SALE OF ASSETS OF THE ESTATE

AND NOW, COMES Rosemary C. Crawford, Trustee, and renders the following Report of the Sale of certain assets of the Bankruptcy Estate, and respectfully represents as follows:

1) Rosemary C. Crawford, Trustee of the Chapter 7 estate has received all sale funds.

2) The following property of the debtor was sold:

   519 Thorn Run Road, Coraopolis, PA 15108, Block Lot No. 505-S-023 on July 1, 2020.

3) The gross sale proceeds were: $260,000.00 (the "Sale Proceeds")[1].

---

[1] There is a pending Consent Motion on Sale of Real Estate at Adversary Docket No. 44

4) The sale was approved via Amended Order at Adversary Doc. No. 22 as requested by Amended Complaint to Sell Real Estate at Adversary Doc. No. 5.

5) The Sale Proceeds were in cash and were placed into interest bearing accounts for this Bankruptcy Estate.

July 21, 2020                               Respectfully submitted,

/s/Rosemary C. Crawford
Rosemary C. Crawford, Trustee, Pa. I.D. No. 56981
Crawford McDonald, LLC
P.O. Box 355
Allison Park, PA 15101
(724) 443-4757
crawfordmcdonald@aol.com